

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-22-00035-CV

───────────────────────

INTEGRATED ROOFING SYSTEMS, INC., Appellant

V.

NATHAN KEELER, Appellee

───────────────────────────────────────────

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-300611-18

───────────────────────────────────────────

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 14, 2022